UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DERRICK JUSTIN CHOATE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00037 |
| | ) | **Chief Judge Crenshaw** |
| **JAMIE EMERTON and AUSTIN AHRENS,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 8) recommending that this action be dismissed "in light of the lack of any activity in this case since June 2016 and [Derrick] Choate's failure to respond to the Court's orders," (id. at 5). No objections have been filed, and a *de novo* review of the file shows that the Magistrate Judge's recommendation is fully supported by the record, including Choate's failure to respond to an Order to Show Cause dated October 20, 2017 (Doc. No. 6).

Accordingly, the Report and Recommendation (Doc. 8) is **ADOPTED** and **APPROVED**, and the Complaint in this action is hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE